**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **MCI COMMUNICATIONS SERVICES, INC.,** * | |
| **Plaintiff,** * | |
| v.    * | Case No. 5:09-cv-337 |
| **MURPHREE BRIDGE CORPORATION,** * | |
| **Defendant.** * | |

## ANSWER

COMES NOW, Defendant, Murphree Bridge Corporation, in the above-styled cause, and hereby responds to Plaintiff, MCI Communication Services, Inc.'s Complaint, separately and severally by paragraph as follows:

### JURISDICTION AND VENUE

1. Without knowledge of this party.

2. Admitted.

3. Admitted.

4. Admitted.

### BACKGROUND INFORMATION

5. Without knowledge of this party.

6. Without knowledge of this party.

### FIRST CAUSE OF ACTION
### (Trespass)

7. This paragraph requires no response. To the extent there are any allegations against this Defendant, they are denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

## SECOND CAUSE OF ACTION
### (Negligent)

12. This paragraph requires no response. To the extent there are any allegations against this Defendant, they are denied.

13. Denied.

   a. Denied.

   b. Denied.

   c. Denied.

   d. Denied.

   e. Denied.

   f. Denied.

   g. Denied.

   h. Denied.

   i. Denied.

14. Denied.

15. Denied.

## PRAYER FOR RELIEF

The Defendant denies and objects to this paragraph and the right of the Plaintiff to the relief sought.

## SECOND AFFIRMATIVE DEFENSE

The Defendant avers that the Plaintiff assumed the risk.

## THIRD AFFIRMATIVE DEFENSE

The Defendant avers that any damage to the Plaintiff as a result of the allegations of the Plaintiff's Complaint are due, if any, to the acts, omissions, or wrong doing of others not a party to this case.

## FOURTH AFFIRMATIVE DEFENSE

The Defendant owed Plaintiff no duty.

                Respectfully submitted,

                */s/Lucian B. Hodges*
                LUCIAN B. HODGES - 488811
                REGINA F. CASH - 828149
                Carr Allison
                6251 Monroe Street
                Daphne, Alabama 36526
                251-626-9340 - telephone
                251-626-8928 - facsimile

## CERTIFICATE OF SERVICE

  I do hereby certify that I have on this 30th day of October, 2009, served a copy of the foregoing on all counsel of record, electronically and/or by placing a copy of same in the United States Mail, first-class postage prepaid and properly addressed to the following:

Linda G. Bond, Esq.
Rumberger, Kirk & Caldwell, P.A.
215 South Monroe Street, Suite 130
Tallahassee, FL 32301

James J. Proszek, Esq.
Brandon B. Rules, Esq.
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
320 Boston Avenue, Suite 200
Tulsa, OK 74103-3706

            */s/ Lucian B. Hodges*
            LUCIAN B. HODGES