IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MCI COMMUNICATIONS SERVICES, INC.,

    Plaintiff,

vs.                      CASE NO. 5:09cv337/RS-AK

MURPHREE BRIDGE CORPORATION,

    Defendant.

_____/

## ORDER

Before me is the Joint Motion To Vacate April 16, 2010 Order (Doc. 39).

**IT IS ORDERED** that the Order dated April 16, 2010 (Doc. 38) is vacated.

**ORDERED** on June 30, 2010.

                    /S/ Richard Smoak
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**